## T. LANE BETTON, TRUSTEE OF SARAH ANN BETTON, CLAIMANT, *vs.* UNION BANK OF FLORIDA, PLAINTIFF IN EXECUTION.

This case is similar to that of T. Lane Betton, Trustee, &c. vs. Willis and Moseley.

*A. E. Maxwell* and *Carmack*, for Claimant.

*Long & Walker*, for Plaintiff in Execution.

DOUGLAS, Chief Justice:

This cause was also brought up from Leon Circuit Court by appeal, and is in all respects similar in principle to the preceding case, and must be governed by the principles laid down in the opinion of the Court delivered in that case.

Indeed it was understood to have been agreed by the respective counsel in these cases, that the one should abide the fate of the other.

The judgment of the court below is therefore affirmed with costs.

*Per Curiam.*